**UNITED STATES, Plaintiff in Error, v. Abraham KIRSCH, Defendant in Error.**

(Circuit Court of Appeals, Second Circuit. December 6, 1926.)

No. 89.

In Error to the District Court of the United States for the Southern District of New York.

Writ of error to an order of the District Court for the Southern District of New York, vacating a search warrant and directing a return of certain papers seized.

Emory R. Buckner and John M. Harlan, both of New York City, for the United States.

Leo H. Klugherz and Leonard A. Snitkin, both of New York City, for defendant in error.

Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. This case was argued as a companion to United States v. Kirschenblatt (C. C. A.) 16 F.(2d) 202, and involves the same point. In view of the disposition of that case, there is no occasion for any discussion of this.

Order affirmed.